UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
MOLLY M. GENTLEMAN,

                         Plaintiff(s),

    -against-

STATE UNIVERSITY OF NEW YORK - STONY
BROOK,

                         Defendant(s)
------------------------------------------X

ORDER
2o12
CV-16-6604 (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 17 2019 ★

LONG ISLAND OFFICE

**SPATT, U.S.D.J.**

    I hereby recuse myself from the above-captioned case.

DATED:    Central Islip, New York
             September 17, 2019

                                                /s/ Arthur D. Spatt
                                           ARTHUR D. SPATT, U.S.D.J.