# EXHIBIT V



Human Resource Services

November 14, 2014

<u>Hand Delivered</u>

Dr. Molly Gentleman
655 Belle Terre Road
Apt 94
Port Jefferson, NY 11777

Dear Dr. Gentleman:

On behalf of President Samuel L. Stanley Jr., M.D., I am writing to inform you that your appointment is being non renewed effective November 15, 2015, beginning of business. Your appointment, as summarized below, is subject to the Policies of the Board of Trustees and to such changes as may be authorized or required by law.

| | |
|---|---|
| Title: | Assistant Professor |
| Department: | Materials Science and Engineering |
| Appointment type: | Term |
| Obligation: | Academic Year |
| Effective date: | September 1, 2015 – November 14, 2015 |

Prior to your departure, please return to your department all university property in your possession or control, including but not limited to keys, and employee identification cards.

Thank you for your service to Stony Brook University.

Sincerely,

*Carol Mord*

Carol Mord
Director, Human Resource Services


cc: Personnel File

MG_0211

# EXHIBIT W

# ESG 333 (01-END): MATERIALS SCI II: ELECTR PROP

Fall 2014 | Molly Gentleman | FIF Discipline:

**48** | Students Enrolled
**20** | Students Responded
**41.67%** | Response Rate

| | A | B | C | D | F | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Overall Grade** | 30% (6) | 20% (4) | 15% (3) | 5% (1) | 30% (6) | 20 | 0 | 1.62 | 3.15 |

| | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **The instructor was effective in teaching the subject matter.** | 40% (8) | 20% (4) | 15% (3) | 5% (1) | 20% (4) | 20 | 0 | 1.53 | 3.55 |

| | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Instructor Expectations** | 40% (8) | 5% (1) | 5% (1) | 20% (4) | 30% (6) | 20 | 0 | 1.75 | 3.05 |

| | Agree | Grading did not match the syllabus | There was no syllabus | I did not read the syllabus | I don't know | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Grading Matched Syllabus** | 65% (13) | 20% (4) | 0% (0) | 0% (0) | 15% (3) | 20 | 0 | - | - |

| | Agree | Disagree | I did not read the required materials | No text, readings or resources were required | | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Text/Resources Valuable** | 95% (19) | 5% (1) | 0% (0) | 0% (0) | | 20 | 0 | - | - |

| | Agree | Sufficiently used but not worth the cost | Not sufficiently used | No cost required | I did not read the required materials | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Text/Resources Worth Cost** | 75% (15) | 10% (2) | 0% (0) | 10% (2) | 5% (1) | 20 | 0 | - | - |

| | DEC Requirement | Major Requirement | Minor Requirement | Upper-Division Credit | Personal Interest | Other (please specify) N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Reason for Taking Course** | 0% (0) | 90% (18) | 5% (1) | 0% (0) | 0% (0) | 5% (1) 20 | 0 | - | - |

| | Office Hours | Before or After Class | Email | Telephone | I Never Contacted the Instructor | Other (please specify) N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Best Way to Contact Instructor** | 22.86% (8) | 34.29% (12) | 25.71% (9) | 0% (0) | 17.14% (6) | 0% (0) 35 | 0 | - | - |

| | 0-3 Hours | 4-6 Hours | 7-9 Hours | 10+ Hours | | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Hours Spent Studying** | 20% (4) | 55% (11) | 15% (3) | 10% (2) | | 20 | 0 | - | - |

| | | | | A | B | C | D | F | P N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | U | I Don't Know | | | | | | | | | |
| **Anticipated Grade** | 0% (0) | 0% (0) | 20% (4) | 30% (6) | 30% (6) | 20% (4) | 0% (0) | 0% (0) | 0% (0) 20 | 0 | | |

| | Always | Most of the time | About half the time | Before exams | Very infrequently | N | DNA | SD | M |
|---|---|---|---|---|---|---|---|---|---|
| **Attendance** | 70% (14) | 25% (5) | 5% (1) | 0% (0) | 0% (0) | 20 | 0 | - | - |

**Reason for Taking Course**

- SPecialization

**What Was Valuable About Course**

- Professor was seriously committed to making sure all the students understood all the material. Would go back to the most basic fundamentals to make sure there was total understanding.
- I actually learned a little bit about materials and electronics.
- The textbook and recitations were helpful for quizzes. Quizzes and going over them after were very useful to understand the material of the chapter.
- Her demonstrations in class where probably the most useful and along with uer trying to relate quantum mechanical phenomenon
- This is one of the few courses that I've taken where I've actually learned the material instead of just trying to learn it for the test. The professor has a teaching style that relates the topics to applications that are used in the field. I definitely learned a lot from this course.
- I learned a lot about material properties because the professor is really good at teaching.
- It applies to real materials, and I am learning a ton.
- *The essential theories underly the properties of materials, especially in quantum mechanism. Really help.*
- Interesting stuff relevant to real life engineering stuff.
- Quantum Semiconductors
- Nothing was even remotely good about this course.
- 1. Dr.Gentleman uses a stopwatch or a cellphone timer to record student's showing up time. Most of students who showed up late (time accurate to seconds) would be asked to record their name for absent with TA in front of the entire class. One student was asked to leaved the class immediately since he came in class with in 10 mins late. 2. Dr.Gentleman inferred a student was cheating and asked the student to move to a seat which directly in front of her during a regular quiz But Dr.Gentleman has no evidence. 3. Dr.Gentleman refused to answer a student's questions several times during regular class. Moreover, Dr. Gentleman asked the same student to go out with her during final exam. 4. Dr.Gentleman prevented a student to go to bathroom during regular class. 5. Dr.Gentleman video surveillance's the entire class during final exams. 2. Dr.Gentlemen inferred a student was cheating and asked the student to move to a seat which directly in front of her during a regular quiz But Dr.Gentlemen has no evidence. 3. Dr.Gentlemen refused to answer a student's questions several times during regular class. Moreover, Dr. Gentlemen asked the same student to go out with her during final exam. 4. Dr.Gentlemen prevented a student to go to bathroom during regular class. 5. Dr.Gentlemen video surveillance's the entire class during final exams.
- I just thought the instructor explained things clearly and easy for me to understand, although that wasn't reflected necessarily by myself and other students on exams.
- The book for the course was very helpful, and the TAs were great.
- Materials of the course

**What Could Be Improved in Course**

- To be honest I and a lot of other students were terrified and scared to go to class every single day. That is because Professor Gentleman ran the classroom with fear. No one would answer questions because people were scared that she would just make fun of them for answering it wrong. She also gave out tissues to students before the first midterm. HOW IS THAT SUPPOSED TO MAKE STUDENTS FEEL BEFORE A MIDTERM?? NO ONE CAN FOCUS BECAUSE THEY ARE SCARED!!! It is just not a suitable environment for learning.
- Make the class more conducive to learning by stopping the bullying by the instructor, which ultimately lead to a fear-ridden environment in which learning the material was only on the basis of not wanting to be yelled at or taunted by the instructor .
- Molly has a way of personally insulting or verbally attacking students. She makes questions sound stupid to ask, making it uncomfortable to participate in class. It was discouraging to go to class.
- More demonstration. Also, sometimes a more open class enviroment some memebers feel unincluded.
- Instructor is condescending at times, thinks that everything is easy but doesn't realize that most people have never seen this material before. Class average for first test was below a 50%, which shows what kind of teacher she is. No online notes or additional material besides lecture notes, an antiquated way of teaching that results in poor retention and lack of preparation for exams and quizzes. Her office hours are also at inconvenient times (before 12 on Monday mornings), and although she can be accommodating, it is not always convenient. Granted, she is well spoken and is an interesting professor but her tests are unreasonably difficult and her grading is especially harsh.
- The recitation could go over key concepts instead of just the homework.
- Please find a better time slot for this course
- Nothing.
- Molly, don't say things like nanotechnology is useless or chemistry and physics is worse than materials science because that is your own personal views and many students in the course are in those majors, so it discourages them to work hard. also has a way of making some students feel stupid if they ask a question that you think is stupid, makes them not want to ask anymore questions. do not make it apparent that you hate certain students, for example that time you said in class that you "hate that kid." Also I saw that you accused many students of cheating when some of them really were not, cause looking up at the clock is really that suspicious. Although I was not one of the students accused, the quizzes were easier than the test that you gave, so yes, it would seem reasonable that students would get higher grades on the quizzes than on the test without cheating. But I would have really enjoyed the course more since it seemed really interesting, if it did not come with all this and more.
- no friday quizzes. have them on monday professor can, at times, be extremely mean and short with student
- N/A

- The content of the course are fun and valuable. However, The instructor is not qualified to be a teacher or instructor. Everything other than the professor are good.
- 1, Around one or two weeks before midterm, I found I got a zero credit on Quiz #5. I contacted TA via email, and both the TAs and Dr. gentleman replied me. She said she found irregularities on my quiz, and I have to come to her office with all my older quizzes to get the credit back. I didn't get any explanation on email. I went to her office at around 9:30, which is about 30 minutes early than her office hour. The reason I didn't come to her office at that time is because I have another class at 10 and I couldn't know what time she is available for this. I knocked her door. She saw me and yield at me, in a very loud voice, said " My office hour starts at 10." I said "Could I just have one minute to understand what have happened?" She then slammed the door in front of me, leaving me no time to explain my self. I come back to her office at 11:30. She said somebody reported me that I wrote answers while we were grading each other's quizzes. In order to get my grade back, I have to take an oral quiz right now. I took it and did really well. Then when I want to know why and who reported me, she refused to provide me with any information. The email is forwarded to your email for reference. 2. Three weeks before Thanksgiving, during an ordinary quiz time, she suddenly step in front of me and took my paper away, and put it in the second row. I finished my quiz and she told me to see her after class. Then right after class, when everybody is still in class she said she saw me peeking another student's paper, in front of the whole class, in a very loud voice. She then said either I take all my quizzes in the first row under her eyes, or never take quizzes again. She didn't allow me to explain myself. So after that, every Friday I have to go in the front row to take the quiz. I contacted two TAs. They all said they didn't see me doing anything and they both explained to Dr. Gentleman that I was not cheating. Still she won't let me explain. This thing could be proved by TAs and everyone in that class. 3. I recently received an I on my solar account. I contacted TA and Dr. Gentleman. She said that I should contact dishonest office and she won't reply my email again. I have no idea what was happening. I haven't receive any email notification before I found out this record by myself. I am applying graduate school right now. This thing affects my applying a lot, as I sent out my transcripts out with dishonest record on it. I have started appealing process. I will have a hearing on January, in which I will prove I am innocent. Additionally, I got a 68 on my final, which is totally impossible in my opinion, because I thought I have done really well. All in all, I hope that my grade can be regraded and my behavior in this class could be evaluated in a right standard.
- I think the format maybe could maybe be changed. If you get behind it's easy to be a bit overwhelmed... you'll find yourself studying last weeks notes for this week's quiz, and won't absorb that weeks lecture as well.
- Molly Gentleman's conduct in teaching this course was absolutely unacceptable. The environment created as a result of her attitude and demeanor was not conducive to learning, as she intimidated the students, graded unfairly, and bullied students throughout the semester in front of the entire class. She had a few favorite students in the class who work in her research lab, and if you were not one of those people, she would not give you the time of day or acknowledge that your answers are correct in class. Her midterm exam was graded especially unfairly as a result. Additionally, she was extremely unprofessional and this reflects badly on the university: she repeatedly stated in the middle of class that she does not do math because that's what physicists are for, and said that she is in her current job because "materials science is the easiest way to make a ton of money doing nothing." She also repeatedly made negative comments about the engineering science program, and specifically asked if anyone was in the nanotechnology studies minor/specialization, and said that people in these programs will never get a job. Additionally, one student in particular was very interested in the topic in the beginning of the semester and asked many questions related to the course topic. As the semester continued on, she refused to acknowledge his questions, and if he tried to answer questions she posed to the class, she would just shout "no!" and ignore him, and eventually this student stopped participating in class and eventually stopped coming as a result. These interactions alone made me in particular afraid to talk to her or ask questions if I was confused, and I did not learn as well as a result. In short, my honest opinion is that Molly Gentleman is not fit to teach undergraduate students because of her terrible attitude, her bullying of students and favoritism that leaked into her grading, and the atmosphere of intimidation she created in the classroom which is not conducive to learning.
- Change the instructor!! Plz!! She can't teach students

# EXHIBIT X



**Human Resource Service**
Stony Brook, NY 11794-0751

TEL: 631.632.6161
FAX: 631.632.6168

stonybrook.edu/hr

July 23, 2015

Dr. Molly Gentleman
655 Belle Terre Rd
Apt 94
Port Jefferson, NY 11777

Dear Dr Gentleman:

At our meeting on May 29, 2015, you advised me that Dr. Stella Tsirka, Vice Provost for Faculty Affairs, agreed to extend your current appointment to mid January, 2016. Having confirmed this, we have prepared a letter of agreement to extend your date of non renewal to January 6, 2016 close of business.

If you prefer to meet to discuss the letter of agreement, please call me at (631) 632-6156 to schedule an appointment. If not, please sign the enclosed agreement and irrevocable letter of resignation and return to my attention to: Stony Brook University, Human Resource Services, Administration Bldg, room #390, Stony Brook, NY 11794-0751.

After execution, we will have an executed copy sent to you, or you can pick up from my office Monday to Friday, 8:30 am to 5:00 pm.

Sincerely,

*[signature]*

Carol Mord
Director, Human Resource Services

enclosures
Cc: Personnel file

MG_0338

 Stony Brook University

**Human Resource Service**
Stony Brook, NY 11794-0751

TEL: 631.632.6161
FAX: 631.632.6168

stonybrook.edu/hr

July 23, 2015

Dr. Molly Gentleman
655 Belle Terre Rd
Apt 94
Port Jefferson, NY 11777

Dear Dr. Gentleman:

This letter will serve to offer you, subject to the approval of the President, an extension of your appointment as Assistant Professor in the Department of Material Science and Engineering under the following terms:

1. The State University of New York ("SUNY") at Stony Brook ("SUNY Stony Brook") shall extend the end date of your non-renewal from November 16, 2015 through and including January 6, 2016 close of business ("End Date"). Thus, you shall remain employed by SUNY Stony Brook at your current annual base salary through the close of business January 6, 2016. You shall be entitled to the continuation of your current employee benefits as per SUNY policy and as defined by your End Date. If you take any other full time employment before January 6, 2016, your last day of employment with SUNY shall be the new End Date for purposes of this Agreement.

2. From the execution date of this Agreement until the End Date, you shall be responsible for, and shall perform, only the duties identified herein. You will perform reasonable special project(s) as assigned by Michael Dudley, Chair, Department of Material Science and Engineering ("Department Chair"). Such special project includes, but may not be limited to, the completion of papers associated with your research. Any work product in connection with the special project shall be submitted to the Department Chair by the End Date. As the project referenced can be performed from any location, you shall perform any such project at an off-campus site of your choice. You will make yourself available, upon the Department Chair's request, to assist in addressing any matters assigned to you.

3. Any outside consultation or other services in which you engage must be consistent with SUNY policies and New York Public Officers Law § 73 and § 74.

4. In exchange for the benefits to be provided to you pursuant to this Agreement, and as a material inducement for the promises contained here, you hereby **WAIVE and RELEASE** the State University of New York, the State of New York, and any and all of their employees or other agents from any claims or liability which you had, or may have, arising out of your employment with, or termination from, SUNY Stony Brook through the date this Agreement is executed.

5. You warrant that you have not filed, and will not file, any complaint or proceeding of any type with any court, administrative agency, or otherwise, arising out of any occurrence or event that predates the execution of this Agreement and/or relating in any way to your employment, or its conclusion, with SUNY Stony Brook.


MG 0219



# Stony Brook University

**Human Resource Service**
Stony Brook, NY 11794-0751

TEL: 631.632.6161
FAX: 631.632.6168

stonybrook.edu/hr

6. You will return to the Department Chair all SUNY property, including identification cards, keys, equipment (including laptops, iPhones, etc.), and all tangible and electronic copies of employer documents that do not belong to you in your capacity as a faculty member. You agree to conduct a *reasonable search, and exercise due care to identify, segregate, and return to SUNY all employer documents*, and agree not to retain or provide to anyone other than a SUNY representative copies of any employer documents. If you subsequently determine that any SUNY documents or other property have not been returned by you, you shall immediately return such material to the Department Chair. All of your agreements or obligations with respect to confidential or proprietary information of SUNY shall continue and survive in perpetuity.

7. This Agreement is the entire agreement between SUNY Stony Brook and you concerning the subjects addressed and supersedes any and all prior agreements concerning your employment by SUNY Stony Brook. You acknowledge that you have not relied upon any statement or representation of any person, except as stated in this Agreement, in making your determination to execute this Agreement.

8. This Agreement shall in all respects be interpreted, enforced and governed under the laws of the State of New York.

STATE UNIVERSITY OF NEW YORK
and
STATE UNIVERSITY OF NEW YORK AT
STONY BROOK

By:_____     Dated:_____
    Lynn M. Johnson
    Vice President for Human Resource Services


_____         Dated:_____
    Molly Gentleman

MG_0220

TO: Human Resource Services

I hereby submit my irrevocable resignation from my position as Assistant Professor at State University of New York at Stony Brook, effective close of business January 6, 2016.

By: _____  Dated: _____

Print Name: _____

MG_0221