# EXHIBIT Y



# New York State Division of Human Rights Complaint Form

## CONTACT INFORMATION

My contact information:

Name: Molly Maureen Gentleman

Address: 21 Southwind Drive     Apt or Floor #: _____

City: Wallingford     State: CT     Zip: 06492

## REGULATED AREAS

I believe I was discriminated against in the area of:

- ☒ Employment
- ☐ Education
- ☐ Volunteer firefighting
- ☐ Apprentice Training
- ☐ Boycotting/Blacklisting
- ☐ Credit
- ☐ Public Accommodations (Restaurants, stores, hotels, movie theaters, amusement parks, etc.)
- ☐ Housing
- ☐ Labor Union, Employment Agencies
- ☐ Commercial Space

I am filing a complaint against: S.U.N.Y. Stony Brook, Michael Dudley, Yacov Shamash, Jason Trelewicz, Alex Orlov, and Chandrani Roy

Company or Other Name: 

Address: Stony Brook University, Office of the General Counsel, Sr. Counsel in Charge

City: Stony Brook     State: NY     Zip: 11794

Telephone Number: _____ (area code)

Individual people who discriminated against me:

Name: Michael Dudley
Title: Dept. Chair Engineering

Name: Yacov Shamash
Title: Dean, Engineering

Yacov Shamash, Jason Trelewicz, Chandrani Roy

## DATE OF DISCRIMINATION

The most recent act of discrimination happened on: 11 / 12 / 2014
                                                    month / day / year

Last revised on 11/26/10     3



ANDREW M. CUOMO
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

MOLLY MAUREEN GENTLEMAN,
                               Complainant,

v.

NEW YORK STATE, STATE UNIVERSITY OF NEW
YORK AT STONY BROOK,
                               Respondent.

**VERIFIED COMPLAINT**
Pursuant to Executive Law,
Article 15

Case No.
**10176609**

Federal Charge No. 16GB503662

    I, Molly Maureen Gentleman, residing at 21 Southwind Drive, Wallingford, CT, 06492, charge the above named respondent, whose address is Office of Legal Counsel Att:Michele J. Le Moal-Gray   328 Administration Building, Stony Brook, NY, 11794 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of disability, opposed discrimination/retaliation.

    Date most recent or continuing discrimination took place is 11/14/2014.

    The allegations are:

SEE ATTACHED COMPLAINT

MG-282

RECEIVED
JUL 24 2015
Hempstead Regional Office



# New York State Division of Human Rights
## Complaint Form

### CONTACT INFORMATION

My contact information:

Name: Molly Maureen Gentleman

Address: 21 Southwind Dr     Apt or Floor #: _____

City: Wallingford     State: CT     Zip: 06492

### REGULATED AREAS

I believe I was discriminated against in the area of:
- ☒ Employment
- ☐ Education
- ☐ Volunteer firefighting
- ☐ Apprentice Training
- ☐ Boycotting/Blacklisting
- ☐ Credit
- ☐ Public Accommodations (Restaurants, stores, hotels, movie theaters, amusement parks, etc.)
- ☐ Housing
- ☐ Commercial Space
- ☐ Labor Union, Employment Agencies

I am filing a complaint against:

Company or Other Name: State University of New York at Stony Brook

Address: College of Engineering and Applied Sciences

City: Stony Brook     State: NY     Zip: 11794

Telephone Number: _____ (area code)

Individual people who discriminated against me:

Name: Yacov Shamash          Name: Michael Dudley
Title: Dean                  Title: Department Chair, Male

### DATE OF DISCRIMINATION

The most recent act of discrimination happened on: Nov / 14 / 2014
                                                   month / day / year

3

MG-283

## DOMESTIC WORKERS

 Please answer the questions on this page only if you are a domestic worker. If you are not a domestic worker, please skip this page and turn to the next page.

The Human Rights Law protects you if you are being sexually harassed or harassed because of your gender, race, national origin, or religion AND you are employed in the home or residence of another person for the purposes of housekeeping, childcare, companionship, or any other domestic service purpose

**Do you live in your employer's home?**  ☐ Yes   ☐ No

If yes, please be sure to fill out the information on Page 11, and provide the name of another person who does not live with you but will know how to contact you if the Division needs to reach you.

**What did the person you are complaining against do?**
**Please check all that apply.**

☐ Harassed me because of my race or color    ☐ Harassed me because of my national origin

☐ Harassed me because of my religion    ☐ Harassed me because of my gender/sex

☐ Sexually harassed me

**Other protections for Domestic Workers:**

As a domestic Worker, you are also entitled to certain protections in the following areas:

- Minimum Wage (the lowest hourly wage under the law)
- Day of Rest (the amount of time off that you should have each week)
- Paid Vacation (the amount of time off that you should have each year)
- Overtime Pay (extra money that you receive for working extra hours)
- Disability Benefits (payments if you can't work because of illness or injuries)

If you have questions about these topics, please contact:

New York State Department of Labor
(518) 457-9000
(888) 4-NYSDOL / (888-469-7365)
TTY/TDD (800) 662-1220
www.labor.ny.gov

 When you have finished answering these questions, please turn to Page 8.

4

MG-284

**BASIS OF DISCRIMINATION**
*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

Please note: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Familial Status is a basis only in Housing and Credit complaints). These exceptions are listed next to the types of discrimination below.

**I believe I was discriminated against because of my:**

| | |
|---|---|
| ☐ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth: | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☐ **Marital Status**<br>Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☐ **Military Status:**<br>Please specify: |
| ☐ **Creed / Religion**<br>Please specify: | ☐ **National Origin**<br>Please specify: |
| ■ **Disability**<br>Please specify:<br>Bipolar Disorder | ☐ **Race/Color or Ethnicity**<br>Please specify: |
| ☐ **Domestic Violence Victim Status** *(Employment only)*<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ Female ☐ Male<br>☐ Pregnancy<br>☐ Sexual Harassment |
| ☐ **Familial Status** *(Housing and Credit only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |

■ **Retaliation** *(If you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*

Please specify: Filed harassment claim agains colleagues Jason Trelawicz and Alexander Orlov

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

5

## EMPLOYMENT DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment. If not, turn to the next page.*

How many employees does this company have?
☐ a) 1-3   ☐ b) 4-14   ☐ c) 15 or more   ☒ d) 20 or more   ☐ e) Don't know

Are you currently working for the company?
☒ Yes
Date of hire: ( 09 Month   01 day   2012 year )   What is your job title? Assistant Professor

☐ No
Last day of work: ( ___ Month   ___ day   ___ year )   What was your job title? ___

☐ I was not hired by the company
Date of application: ( ___ Month   ___ day   ___ year )

### ACTS OF DISCRIMINATION

What did the person/company you are complaining against do? Please check all that apply.
☐ Refused to hire me
☒ Fired me / laid me off
☐ Did not call me back after a lay-off
☐ Demoted me
☐ Suspended me
☐ Sexually harassed me
☒ Harassed or intimidated me (other than sexual harassment)
☐ Denied me training
☐ Denied me a promotion or pay raise
☐ Denied me leave time or other benefits
☐ Paid me a lower salary than other workers in my same title
☐ Gave me different or worse job duties than other workers in my same title
☒ Denied me an accommodation for my disability
☐ Denied me an accommodation for my religious practices
☐ Gave me a disciplinary notice or negative performance evaluation
☐ Other: ___

6

## HOUSING DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of housing. If not, turn to the next page.*

### Who discriminated against you?

- ☐ Builder
- ☐ Bank or other lender
- ☒ Manager / Superintendent
- ☐ Owner / Landlord
- ☐ Salesperson
- ☐ Other: _____
- ☐ Co-op Board
- ☐ Condo Association

### What kind of property was involved?

- ☐ Single-family house
- ☐ Mobile home
- ☐ Building with 2-4 apartments
- ☐ Two-family house
- ☐ Commercial Space
- ☐ Building with 5 or more apartments
- ☐ Other: _____

Does the owner live on the property?  ☐ Yes  ☐ No

Was this property being sold or being rented?
☐ Being sold  ☐ Being rented

### Address of property:

Address: _____  Apt or Floor #: _____

City: _____  State: _____  Zip: _____

Are you currently living there?
☐ Yes  ☐ No

### ACTS OF DISCRIMINATION

What did the person you are complaining against do? Please check all that apply.

- ☐ Refused to rent or sell to me
- ☐ Evicted me / threatened to evict me
- ☐ Denied me access for my disability
- ☐ Denied me equal terms, privileges, or facilities that other tenants were given
- ☐ Discriminated against me in lending or financing
- ☐ Advertised in a discriminatory way
- ☐ Harassed me based on my sex, national origin, race, disability, etc.
- ☐ Other: _____

7

MG-287

Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.
**PLEASE TYPE OR PRINT CLEARLY.**

Summary- On November 14, 2014 I was informed by the department head of the Department of Materials Science and Engineering at State University of New York at Stony Brook, that my contract with the university was not being renewed (1). It is my perception that this decision was made by the Dean of the college and Department Head because of my mental disability (bipolar disorder). This perception comes as the result of the following facts: 1) I was the only faculty member of the three evaluated at for 2014, that the faculty were not allowed to vote on. The Dean and Department Head made this decision against the likely vote of the faculty, 2) There was continuing refusal of the Department Head to accommodate my disability leading up to the non-renewal, 3) The Dean made multiple derogatory statements about my performance in the job, related to my mental health, leading up to the non-renewal. My non-renewal did not follow university policies.

Because university policy was not followed in the termination of my position, I have been unable to obtain a new position. Failures in university policy include: 1) My contract was non-renewed at a time other than May (end of the academic year), 2) The Provost of the University, unsolicited, contacted my former employer (Texas A&M University) and told them about the contract non-renewal, 3) The provost's office agreed (Stella Tsirka) to extend my contract through January with pay to ease the off calendar job search challenges, but this agreement appears to have been withdrawn without any explanation.

11/14/2014-On Friday November 14, 2014 I was called into a meeting with my department head, Michael Dudley. This meeting was requested by Ms. Chandrani Roy. I repeatedly asked both Mr. Dudley and Ms. Roy to give me advanced notice of the subject of this meeting as per my request for accommodation of my disability, but my requests were ignored (2). At this meeting I was met with Mr. Dudley and a member of the human resources who provided me with a letter saying that my contract with the university was not being renewed. No explanation was given for the decision. Over the next few days, I learned the details of my nonrenewal from the faculty who were present at the tenure and promotion faculty meeting.

Details of nonrenewal-After receiving the news, I spoke with several of the senior faculty in the department including, but not limited to Prof. Miriam Rafailovic, Prof. Perena Gouma, and Prof. Clive Clayton. They were all present at the meeting of the promotion and tenure committee where the renewals of three faculty members were discussed; myself, Dr. TJ Kim, Dr. Jason Trelewicz. Minutes of this meeting were taken by Ms. Chandrani Roy. Dr. Trelewicz and I began our appointments at the same time September 1, 2012, while Dr. Kim began some time afterwards. I had been asked on October 20, via email to submit a reappointment file to Ms. Roy (3). No specific details were provided on how to prepare such material and I was asked to complete it by the end of the week. This is not typical as the review process is extensive and generally candidates are given weeks to provide the required documentation as described in the memo (5). I completed my file by that Friday and submitted it (6).

I was informed that at the faculty meeting to discuss the renewals of myself and the two other faculty members that the other two candidates files were fully reviewed and discussed and the faculty were asked to vote on their renewal. My file was discussed last and my performance in research, funding, publications, and teaching were all found to be adequate. At that point the department head (Dudley) presented the faculty with a complaint given to him by the Dean of the college, Yacov Shamash. I have never personally seen this complaint or been

MG-288

allowed to respond to it. I was told by the faculty, that students had complained about an issue of teaching/grading in my class. The details about this complaint, as they have been relayed to me secondhand by the faculty, are all false. Dr. Dudley asked the faculty to consider this complaint in their discussion of my renewal and the faculty refused to do so unless I was allowed to respond. At that point the faculty insisted that since complaints of this nature from students are common, that the department head speak with me and get my side of the story. I was never contacted about this complaint.

Following receiving my non-renewal letter I was informed by several senior members of the faculty including Dilip Gersappe, Miriam Rafailovich, and Perena Gouma that although the performance file I submitted to the faculty was "very good," the department head and dean had made the decision to not renew me without the input of the faculty. To quote Dilip "an executive decision was made." This was particularly disturbing since I had a history of the department head refusing to accommodate my disability and the dean making derogatory statements about my ability to function in the job due to my disability. I had been branded a "troublemaker" after following harassment complaints that had "caused trouble" to the campus department of affirmative action regarding the dean and two fellow junior faculty: Drs. Trelewicz and Orlov.

Refusal to accommodate my disability-In the fall of 2012 as I was settling into the department, I was having significant challenges working with the department administrator Ms. Roy. Although it had not been my policy to reveal my disability of bipolar disorder to employers, the stress caused by Ms. Roy's non-professional and sometimes abusive behavior were beginning to severely affect my mental health. Ms. Roy was targeting me by not including me in standard departmental emails or providing me with other information vital to my ability to do my job (emails). I first tried to get the department head to deal with the situation directly, but was unsuccessful. Following this I met with Dr. Dudley and explained to him my disability and the need for him to intercede among other accommodations such as providing me with an agenda/topic for all meetings at the time of scheduling. He assured me he would address these issues and the direct abuse from Ms. Roy ceased temporarily. She did however continue to undermine my work covertly and overtly including failing to submit the paperwork I completed for summer salary resulting in my loss of a month of salary for the summer of 2013.

The abusive treatment by Ms. Roy lead to a mental health crisis for me about a month or two after my meeting with Dr. Dudley. At that time I went to speak with Prof. Miriam Rafailovich about the problems I was having. I disclosed my disability to Prof. Rafailovich and requested her assistance in dealing with Ms. Roy. She immediately agreed to help and the situation with Ms. Roy again eased temporarily.

From this point on, it was an ongoing struggle to obtain simple accommodations for my disability from Dr. Dudley. These included largely ignoring my requests for regular meetings and conflict resolution. This came to a head on May 20, 2013. I felt that I was being bullied by my two male colleagues Jason Trelewicz and Alex Orlov over a change in office space. I sent an email to Dr. Dudley (8) explaining that the situation was intensifying and we needed to have a meeting immediately to resolve the issue. This request was ignored and a few days later, Dr. Dudley called in a false police report against me on the urgings of Trelewicz and Orlov. It should be noted that Drs. Trelewicz and Orlov later reported to Ms. Marjolie Leonard at the office of affirmative action, that they had strongly discouraged the reporting by Dr. Dudley but he had proceeded although they told him that there was no threat made by me. The investigation of this issue concluded that this was an issue of Drs. Trelewics and Orlov maneuvering to optimize their access to office space and went to far not realizing the outcomes.

During this investigation however, I had opportunity to meet with the dean repeatedly about the issue at hand. Over these meetings he made several comments in the presence of Denise Johnson, about my emotional state including "I think you just can't get along with

anyone," and "you will never be successful if you can't get a hold of yourself." It was my perception after these statements that I was only going to damage my career further by trying to get assistance for my disability. At that point I stopped trying to obtain assistance from either the department or dean's office in resolving the ongoing challenges associated with this event. I did however meet with the UUP union and ombudsman regarding these issues. By this point the department (Dudley) and College (Shamash) refused to enforce my contract and I was not allowed access to the facilities my contract guaranteed for the completion of my work (10). In the summer of 2014, feeling that my position at the university was unsafe following these events, applied to and was offered a faculty position at another university. I was convinced by several members of the senior faculty (Clayton, Ravailovich, and others) to turn down this offer and stay on at Stony Brook. My contract was not renewed five months later.

Consequences for my career-It is typical for contract renewals to take place at the end of the spring term in May. The provost (Dennis Asannis) recently circulated a memo to this effect (ref). This is largely because faculty positions are primarily offered only once a year with application deadlines ranging from September to early December for engineering colleges. Because of the off schedule timing of my non-renewal, it has made it extremely difficult to find an academic position, therefore ending my academic career. The provost also reached out to faculty at Texas A&M University to tell them of my renewal, making it impossible for me to return to that university. Along these lines, I met with the Asst. Provost Stella Tsirka and was offered an extension of my position through January to ease the challenge of finding a position off academic year timing. When I pressed for this agreement in writing I was promised a letter, but the offer was withdrawn without any explanation.

MG-290

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

*[signature]*

Sign your full legal name

Subscribed and sworn before me
This 2 day of July, 2015

*[signature]*
Signature of Notary Public

County: New York   Commission expires:

James A. MacFarlane
Notary Public
Commission Expires 9/30/2015

Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human Rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.

9

MG-291